CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 4 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| BRIAN DENNIS JONES, )<br>    Petitioner, )<br>)<br>)<br>v. )<br>)<br>)<br>GENE M. JOHNSON, DIRECTOR )<br>OF THE VIRGINIA DEPARTMENT )<br>OF CORRECTIONS, )<br>    Respondent. ) | **Civil Action No. 7:07CV00125**<br><br>**FINAL ORDER**<br><br><br>**By: Hon. Glen E. Conrad**<br>**United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED** and Jones' petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to petitioner.

ENTER: This 21st day of September, 2007.

_Glen E. Conrad_
_____
United States District Judge